**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KORTEZ J. FORD,           ) | NO. SA CV 23-2416-CBM(E) |
|                           ) | |
|         Plaintiff,        ) | |
|                           ) | |
|    v.                     ) | ORDER ACCEPTING FINDINGS, |
|                           ) | |
| DETECTIVE O. CEPEDA,      ) | CONCLUSIONS AND RECOMMENDATIONS |
| ET AL.,                   ) | |
|                           ) | OF UNITED STATES MAGISTRATE JUDGE |
|         Defendants.       ) | |
| _____   ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the First Amended Complaint, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which any objections have been made.  The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

    IT IS ORDERED that: (1) Defendants' Motion to Dismiss is granted; (2) the First Amended Complaint and the action are dismissed without leave to amend and with prejudice; and (3) Judgment shall be entered

accordingly.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff and on counsel for Defendants.

DATED: JUNE 3, 2024.

HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE