JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORTEZ J. FORD,<br><br>    Plaintiff,<br><br>    v.<br><br>DETECTIVE O. CEPEDA, ET AL.,<br><br>    Defendants. | NO. SA CV 23-2416-CBM(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: JUNE 4, 2024.

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE